UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW JOHNSON, G57626,<br>　　　　　Petitioner,<br>　　v.<br>STATE OF CALIFORNIA,<br>　　　　　Respondent. | Case No. 22-cv-01569-SK  (PR)<br><br>**ORDER OF TRANSFER** |

Petitioner seeks federal habeas review of a conviction from Solano County Superior Court, which lies within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). Petitioner is incarcerated at the California Health Care Facility – Stockton in San Joaquin County, which also lies within the venue of the Eastern District of California. See id.

Venue is proper in a habeas action in either the district of confinement or the district of conviction, see 28 U.S.C. § 2241(d); however, petitions challenging a conviction (rather than the execution of a sentence) preferably are heard in the district of conviction. See Habeas L.R. 2254-3(a); Dannenberg v. Ingle, 831 F. Supp. 767, 767 (N.D. Cal. 1993).

Because Solano County lies in the Eastern District of California, the court ORDERS that pursuant to 28 U.S.C. § 1404(a) and Habeas Local Rule 2254-3(b), and in the interest of justice, this petition be TRANSFERRED to the United States District Court for the Eastern District of California.

The clerk shall transfer this matter forthwith.

**IT IS SO ORDERED**.

Dated: March 21, 2022

_Sallie Kim_
SALLIE KIM
United States Magistrate Judge